JOHN P. GEHRHARDT et al., Respondents, *v.* JOHN J. SCHWARTZ, Appellant.

*Gehrhardt* v. *Schwartz*, 102 App. Div. 389, affirmed.
(Argued October 23, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 28, 1905, in favor of plaintiffs upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, as to the rights of the parties in certain real property.

*David B. Ogden* for appellant. ·

*James R. Bowen* and *Hugh A. McTernan* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.    Absent: GRAY, J.    Not sitting: WILLARD BARTLETT, J.